Michael J. Reed, Esq. SBN 122324
**Attorney at Law**
60 CreekTree Lane
Alamo, CA. 94507
Telephone: (925) 743-8353
Facsimile: (734) 468-6168
Mreed10202@aol.com

Attorney for Plaintiff, Vicente Lao

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE LAO,<br><br>              Plaintiff,<br><br>        v.<br><br>WALMART STORES, INC., and DOES 1-50, Inclusive,<br><br>              Defendants. | Case No. CV 11-06582 EMC<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE EDWARD M. CHIN<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** ; ORDER RESETTING CMC<br><br>Complaint Filed: August 31, 2011<br>Trial Date: None set |

To the Court, all parties, and any other court-connected ADR neutral involved in this case:

This entire case has been settled. The settlement is unconditional. A Stipulation of Dismissal with Prejudice will be filed within 45 days after the date of the settlement. The date of settlement is March 20, 2012.

DATED: March 20, 2012         By: _____
                                                          MICHAEL J. REED
                                                          Attorney for Plaintiff
                                                          Vicente Lao

IT IS SO ORDERED that the CMC is reset to 6/8/12 at 9:00 a.m. A joint CMC statement shall be filed by 6/1/12. This hearing will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge