1 | MICHAEL J. REED, STATE BAR NO. 122324
ATTORNEY AT LAW
2 | 60 Creek Tree Lane
Alamo, CA 94507
3 | TEL: 925.743.8353
FAX: 925.468.6168
4 | E-MAIL: mreed10202@aol.com

5 | Attorneys For Plaintiff
VICENTE LAO

6

7

8 | MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN, State Bar No. 226126
ADELMISE ROSEMÉ WARNER, State Bar No. 215385
9 | One Market, Spear Street Tower
San Francisco, CA 94105-1126
10 | Tel: 415.442.1000
Fax: 415.442.1001
11 | E-mail: jturman@morganlewis.com
E-mail: adelmise.warner@morganlewis.com
12

Attorneys for Defendant
13 | WAL-MART STORES, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE LAO, | Case No. 11-06582 EMC |
| Plaintiff, | STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER |
| vs. | |
| WAL-MART STORES, INC., | FRCP 41 |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     CASE NO. 11-06582 EMC

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

DB2/23046876.1

**TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-mentioned parties stipulate and request that the action of Plaintiff Vicente Lao against the above Defendant Wal-Mart Stores, Inc. be dismissed with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced lawsuit.

Dated: March 22, 2012                    MICHAEL J. REED, ATTORNEY AT LAW


By: /s/ Michael J. Reed
    Michael J. Reed

Attorneys for Plaintiff
VICENTE LAO

Dated: March 22, 2012                    MORGAN, LEWIS & BOCKIUS LLP
                                         L. Julius M. Turman
                                         Adelmise Rosemé Warner


By: /s/ Adelmise R. Warner
    Adelmise Rosemé Warner

Attorneys for Defendant
WAL-MART STORES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                                        CASE NO. 11-06582 EMC

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE LAO,<br><br>          Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>          Defendant. | Case No. 11-06582 EMC<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION** |

Good cause appearing, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Wal-Mart Stores, Inc. be, and hereby are, dismissed with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced Lawsuit.

**IT IS SO ORDERED.**

Date: _____5/9/12_____

The Honorable _____
United States District Judge

*IT IS SO ORDERED.*
*Judge Edward M. Chen*