1  MICHAEL J. REED, STATE BAR NO. 122324
   ATTORNEY AT LAW
2  60 Creek Tree Lane
   Alamo, CA 94507
3  TEL: 925.743.8353
   FAX: 925.468.6168
4  E-MAIL: mreed10202@aol.com

5  Attorneys For Plaintiff
   VICENTE LAO

6

7

8  MORGAN, LEWIS & BOCKIUS LLP
   L. JULIUS M. TURMAN, State Bar No. 226126
   ADELMISE ROSEME WARNER, State Bar No. 215385
9  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
10 Tel: 415.442.1000
   Fax: 415.442.1001
11 E-mail: jturman@morganlewis.com
   E-mail: adelmise.warner@morganlewis.com
12
   Attorneys for Defendant
13 WAL-MART STORES, INC.

14

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| | |
|---|---|
| VICENTE LAO,<br><br>  Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>  Defendant. | Case No. 11-06582 EMC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>FRCP 41 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                                CASE NO. 11-06582 EMC

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

DB2/23046876.1

**TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-mentioned parties stipulate and request that the action of Plaintiff Vicente Lao against the above Defendant Wal-Mart Stores, Inc. be dismissed with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced lawsuit.

Dated: March 22, 2012                MICHAEL J. REED, ATTORNEY AT LAW


By: /s/ Michael J. Reed
    Michael J. Reed

Attorneys for Plaintiff
VICENTE LAO

Dated: March 22, 2012                MORGAN, LEWIS & BOCKIUS LLP
                                     L. Julius M. Turman
                                     Adelmise Rosemé Warner


By: /s/ Adelmise R. Warner
    Adelmise Rosemé Warner

Attorneys for Defendant
WAL-MART STORES, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 11-06582 EMC

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VICENTE LAO, | Case No. 11-06582 EMC |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION** |
| vs. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

    Good cause appearing, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Wal-Mart Stores, Inc. be, and hereby are, dismissed with prejudice. Each party shall be responsible for bearing its own costs, expenses, and attorneys' fees incurred in connection with the above-referenced Lawsuit.

**IT IS SO ORDERED.**

Date:  5/9/12

The Honorable
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*